**Order entered August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01067-CV

## AMADOR GARZA AND OLGA GARZA, INDIVIDUALLY, AND AS NEXT FRIENDS OF A.G., A MINOR, Appellants

### V.

## DANE R. FLIEDNER, M.S., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03722-B**

## ORDER

This case is set for submission in this Court on September 13, 2016. Oral argument before this Court is set for 10:00 a.m. on that date. A "Motion to Intervene" was filed in this Court on February 24, 2016, by Abigail Garza, whose parents are Amador and Olga Garza. In addition to requesting intervention, that motion states in part,

> As necessary, in the absence of an the [sic] issuance of an order granting her Motion to Intervene prior to submission of the Parents' appeal at oral argument, Abigail Garza further requests oral argument relating to her Motion to Intervene be allowed by the panel of the Court of Appeals assigned to consider the Parents' appeal.

We **GRANT** Abigail Garza's request for "oral argument relating to her Motion to Intervene," but reserve ruling on any other issues respecting that motion. Abigail Garza shall be

allowed to share the time currently allotted to appellants for oral argument on September 13, 2016, and no additional time will be allotted.

/s/    DOUGLAS S. LANG
JUSTICE